*(Superior Court of Cook County.)*

## Anonymous.

PRACTICE—TROVER. No affidavit of merits required in action of trover.

---

*(Superior Court of Cook County.)*

---

*(Superior Court of Cook County.)*

## Anonymous.

(January 5, 1878.)

CONTINUANCE. By stipulation of counsel after a suit is set down for trial by the court.

Plaintiff's counsel asked for a continuance until the following morning at 10 A. M.

GARY, J.: The case has been set for trial and I have no right of my own motion to grant a continuance. If you will stipulate for a continuance you may arrange it between yourselves. If you will stipulate not to non-suit, the other side can safely consent to a continuance.

Mr. STORRS: We will stipulate not to non-suit or get beat either.

GARY, J.: You had better stipulate not to non-suit first.

Mr. STORRS: We will, your honor.